UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> KANE SCRAP IRON & METAL, INC., <br><br> Defendant. | Case No. 3:20-cv-30180 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendant Kane Scrap Iron & Metal, Inc. (the "Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted herewith as Exhibit A.

On November 18, 2020, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under Section 505(c)(3) of the Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. The United States informed the Parties and the Court that the 45-day period ends on January 4, 2021. The United States has not stated any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered.

January 4, 2021                          Respectfully submitted,

                                         COMMONWEALTH OF MASSACHUSETTS

                                         By its attorney,

                                         MAURA HEALEY
                                         ATTORNEY GENERAL

                                         */s/ Nora J. Chorover*
                                         Nora J. Chorover (Bar No. 547352)
                                         Special Assistant Attorney General
                                         Environmental Protection Division
                                         Office of the Attorney General
                                         One Ashburton Place, 18th Floor
                                         Boston, Massachusetts 02108
                                         Tel: (617) 727-2200, ext. 2642
                                         Nora.Chorover@mass.gov

                                         KANE SCRAP IRON & METAL, INC.

                                         By its attorney,

                                         */s/ Elizabeth S. Zuckerman*
                                         Elizabeth S. Zuckerman (Bar No. 673190)
                                         Bulkley, Richardson, and Gelinas, LLP
                                         1500 Main Street
                                         Suite 2700
                                         Springfield, MA 01115
                                         Tel. No.: (413) 272-6219
                                         ezuckerman@bulkley.com

<u>CERTIFICATE OF E-SERVICE</u>

      I hereby certify that the parties' Joint Motion, filed electronically through the ECF system with the Court on January 4, 2021, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on January 4, 2021.

                                                                    */s/ Nora J. Chorover*
                                                Nora J. Chorover (Bar No. 547352)